## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Dr. JOSEPH MAJDALANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 3:18-CV-894-GMB |
| AUBURN UNIVERSITY, et al., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

COMES NOW James W. Parkman, III and Kent W. Frost and moves to withdraw from the legal representation of the Plaintiff, Dr. Joseph Majdalani, and as grounds therefor, states as follows:

1. The law firm of Parkman White, LLP has merged with another firm and via this merger a conflict has arisen through the new attorneys.

WHEREFORE, premises considered, James W. Parkman, III and Kent W. Frost respectfully request that this Honorable Court enter an order allowing them to withdraw from representing Dr. Joeseph Majdalani in the above captioned action.

Respectfully submitted

/s/ Jim W. Parkman, III
JIM W. PARKMAN, III

/s/ Kent W. Frost
KENT W. FROST
Attorneys for Plaintiff

OF COUNSEL:
PARKMAN WHITE, LLP
1929 3rd Ave. N., Ste 700
Birmingham, AL 35203
kfrost@parkmanlawfirm.com
205-502-2000

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November 8, 2018, I electronically filed the foregoing with the Clerk of Court using the AlaFile system, which will send notification of such to all parties or placed a copy of this filing in the U.S. Mail to all parties required to be served by mail.

_/s/ Kent W. Frost_
OF COUNSEL