MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| Dr. Joseph C. Majdalani | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No. 3:18-cv-894 |
| Auburn University, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William "Bill" Hardgrave
1771 Altamont Court
Auburn, AL 36830

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: __1-14-2019__

_____
*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-894

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons for *(name of individual and title, if any)* William Bill Hardgrave

was received by me on *(date)* 1/14/19 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Rhonda Hardgrave (wife) , a person of suitable age and discretion who resides there,
on *(date)* 1/15/19 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/16/19

*Teresa Ann Smith*
Server's signature

Teresa Ann Smith
Printed name and title

AlaServe Attorney Services, LLC
100 Century Park South Ste 120
Birmingham, AL 35226
855-273-7831
alaserve@mlqas.com

Additional information regarding attempted service, etc: