IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DR. JOSEPH C. MAJDALANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:18-cv-894-JTA |
| | ) |
| AUBURN UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the Court is Defendants' Motion to Enlarge Time to File Answer and to Stay Proceedings Until After Appeal is Resolved. (Doc. No. 71.) Defendants request that the court extend the deadline for filing an answer to the plaintiff's complaint and to stay the proceedings pending the outcome of the pending appeal. (*Id*.) The plaintiff does not oppose the motion. (Doc. No. 75.) Accordingly, upon consideration of the motion, lack of opposition by the plaintiff, and for good cause, it is

ORDERED as follows:

1. The motion to stay proceedings (Doc. No. 71) is GRANTED.

2. The proceedings of this matter are STAYED pending a final determination of the appeal from the Eleventh Circuit Court of Appeals.

3. The motion to enlarge time to file an answer (Doc. No. 71) is GRANTED.

4. Defendants shall file an answer to the plaintiff's complaint 30 days from the date of the appellate ruling.

The Clerk of the Court is DIRECTED to close this case for administrative purposes.

DONE this 30th day of September, 2022.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE